UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL RIGHTS COMPLAINT FILED UNDER 42 U.S.C. 1983 CLAIM

MR. DERRICK LEE SMITH,
    Plaintiff/Petitioner,

VS

WAYNE COUNTY PROSECUTOR'S OFFICE
ASSISTANT PROSECUTOR SUZETTE SAMUELS
WAYNE COUNTY ASSISTANT PROSECUTOR
ELIZABETH VAN MARKE,
DETROIT POLICE DEPARTMENT,
SGT. DAVID COBB,
TINA BOMMARITTO,
ANDREA BOMMARITTO,
EASTPOINT POLICE DEPARTMENT
MATHEW MANCINA,
LT. GERLACH,
Defendants/Respondents,

Case: 2:09-cv-12287
Judge: Tarnow, Arthur J
MJ: Binder, Charles E
Filed: 06-15-2009 At 09:12 AM
PR SMITH V. SAMUELS, ET AL (TAM)

_____
MR. DERRICK LEE SMITH
PLAINTIFF IN PRO PER
ACTING AS OWN ATTORNEY
#267009-3-107D
ST. LOUIS CORRECTIONAL FACILITY
_____/

CIVIL RIGHTS COMPLAINT ACTION
FILED UNDER 42 U.S.C. 1983

NOW COMES THE PLAINTIFF, DERRICK LEE SMITH, IN PRO PER AND HEREBY FILES WITH THIS COURT, PLEASE FIND THE REQUIRED DOCUMENTS AND APPROPRIATE COMPLAINT IN THIS CAUSE.

I ASK THAT THE CLERK PLEASE ASSIGN A JUDGE AND CASE NUMBER TO THIS COMPLAINT/LAWSUIT SO THAT I CAN PROCED WITH THE NECESSARY DOCUMENTATION AND SERVE PAPERS ON THE DEFENDANTS.

I THANK YOU FOR YOUR TIME IN THIS MATTER.

SINCERELY,

/s/ Derrick Lee Smith

MR. DERRICK LEE SMITH
#267009-3-107D
ST. LOUIS CORRECTIONAL FACILITY
8585 N. CROSWELL ROAD
ST. LOUIS, MI 48880

# CIVIL COVER SHEET FOR PRISONER CASES

Case No. 09-12287   Judge: Arthur J. Tarnow   Magistrate Judge: Charles E. Binder

**Name of 1st Listed Plaintiff/Petitioner:**
Derrick Smith

**Name of 1st Listed Defendant/Respondent:**
Suzette Samuels, et al

**Inmate Number:** 267009

**Additional Information:**

**Plaintiff/Petitioner's Attorney and Address Information:**

**Correctional Facility:**
St. Louis Correctional Facility
8585 N. Croswell Road
St. Louis, MI 48880
GRATIOT COUNTY

**BASIS OF JURISDICTION**
☐ 2 U.S. Government Defendant
☒ 3 Federal Question

**NATURE OF SUIT**
☐ 530 Habeas Corpus
☐ 540 Mandamus
☒ 550 Civil Rights
☐ 555 Prison Conditions

**ORIGIN**
☒ 1 Original Proceeding
☐ 5 Transferred from Another District Court
☐ Other:

**FEE STATUS**
☒ IFP *In Forma Pauperis*
☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   ☐ Yes   ☐ No
   ➢ If yes, give the following information:
      Court: _____
      Case No: _____
      Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   ☐ Yes   ☐ No
   ➢ If yes, give the following information:
      Court: _____
      Case No: _____
      Judge: _____